# United States Court of Appeals
# for the Federal Circuit

---

**GLENN W. CONNERY, GARY JASZEWSKI, AND RICHARD REID,**
*Appellants,*

**v.**

**LAURENCE B. BOUCHER, STEPHEN E. BLIGHTMAN, PETER K. CRAFT, DAVID A. HIGGEN, CLIVE M. PHILBRICK, AND DARYL D. STARR,**
*Appellees.*

---

2012-1612
(Interference No. 105,775)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

HECTOR J. RIBERA, Fenwick & West LLP, of Mountain View, California, argued for appellants. With him on the brief were LYNN H. PASAHOW and CAROLYN CHANG.

THOMAS W. LATHRAM, Silicon Edge Law Group, LLP, of Pleasanton, California, argued for appellees. With him on the brief was MARK A. LAUER. Of counsel was CHARLES

L. GHOLZ, Oblon, Spivak, McClelland, Maier & Neustadt, LLP, of Alexandria, Virginia.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 9, 2013 | /s/ Jan Horblay |
|---|---|
| Date | Jan Horbaly |
| | Clerk |